

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

KENNETH SANDERS, )
)
    Petitioner, )
)
v. ) Case No. CV407-32
) [Underlying CR495-123]
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 11th day of June, 2007.

                                WILLIAM T. MOORE, JR., CHIEF JUDGE
                                UNITED STATES DISTRICT COURT
                                SOUTHERN DISTRICT OF GEORGIA